**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

8 | SHELLIE HILL, | No. C 11-04610 SI

9 | Plaintiff,

10 | v.

11 | AMERICAN MEDICAL SYSTEMS, et al.,

12 | Defendants.
_____/

13 | FRANCIS BAIA and DAVID PERLINGIERI | No. C 11-04671 SI

14 | Plaintiffs,

15 | v. | **ORDER STAYING CASES**

16 | AMERICAN MEDICAL SYSTEMS, et al.,

17 | Defendants.

18

19 _____/

20    Currently before the Court are defendants' motion to stay these cases pending resolution of the

21 parties' motions pursuant to 28 U.S.C. section 1407 by the Judicial Panel on Multidistrict Litigation.

22    Plaintiffs' responseS to the motions were due on or before January 3, 2012.  No responses or

23 oppositions have been filed as of this date.  In their joint case management conference statements, the

24 parties indicate that the JPMDL will be hearing the section 1407 motions in late January.  In the same

25 filings, plaintiffs indicate they do not oppose a stay pending the resolution of the motions by the

26 JPMDL, at least through February 8, 2012.  *See* Case No. 4610 Docket No. 15; Case No. 4671  Docket

27 No. 16.

28    For good cause shown, the Court GRANTS defendants' motions to stay these cases pending a

**United States District Court**
For the Northern District of California

1  decision on transfer by the JPMDL.  Pursuant to Civil Local Rule 7-1(b), the Court VACATES the

2  January 13, 2012 initial case management conferences and the January 27, 2012 hearings on the motions

3  to stay.

4

5      **IT IS SO ORDERED.**

6

7  Dated: January 10, 1012

8                                                                    SUSAN ILLSTON
                                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28